IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK P. CIANFRANI<br>   **Plaintiff,**<br>  v.<br>DR. MIGUEL CARDONA, SECRETARY, *et al.,*<br>   **Defendants.** | CIVIL ACTION NO. 21-1757 |

### ORDER

**AND NOW,** this 8th day of August 2022, upon consideration of Defendant United States Department of Education's Motion for Summary Judgment [Doc. No. 6], the opposition thereto, and Plaintiff's Motion for Summary Judgment [Doc. No. 8], it is hereby **ORDERED** that Defendant's motion is **GRANTED** and Plaintiff's motion is **DENIED**.

It is further **ORDERED** that, upon review of the docket and noting that it appears Defendant FMS Investment Corp. was never served, Plaintiff is hereby **ORDERED** to show cause no later than **August 22, 2022** why the Court should not dismiss Plaintiff's claims against FMS Investment Corp. for failure to prosecute.

It is so **ORDERED.**

                BY THE COURT:

                /s/ Cynthia M. Rufe
                _____
                **CYNTHIA M. RUFE, J.**